# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD F. CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　/ | CASE NO. 1:08-cv-00352-OWW-SMS PC<br><br>ORDER VACATING ORDER DIRECTING CDCR TO DEDUCT PARTIAL PAYMENTS FROM PLAINTIFF'S TRUST ACCOUNT UNTIL FILING FEE PAID IN FULL |

　　　　On March 17, 2008, the Court granted Plaintiff Richard F. Cruz's motion for leave to proceed in forma pauperis, and directed the California Department of Corrections and Rehabilitation (CDCR) to collect partial payments from Plaintiff's trust account until the $350.00 filing fee is paid in full. On April 16, 2008, the $350.00 filing fee was paid by a third party.

　　　　In light of the fact that the filing fee has been paid, CDCR shall not make any deductions from Plaintiff's trust account and the order directing it to do so is HEREBY VACATED. This order shall be served on the Director of CDCR via electronic filing.

IT IS SO ORDERED.

**Dated:　　April 17, 2008**　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1